**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Johnny Bernard MILLER,
Defendant–Appellant.**

No. 01–6193.

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 19, 2001.

Johnny Bernard Miller, pro se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, NC, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Johnny Bernard Miler seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district

court. *See United States v. Miller,* Nos. CR–92–101–MU; CA–97–229–MU (W.D.N.C. Dec. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*